UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA COPELAND-STEWART,

    Plaintiff,

v.                                            CASE NO. 8:15-cv-159-T-23AEP

NEW YORK LIFE INSURANCE
COMPANY,

    Defendant.
_____/

**ORDER**

Christina Copeland-Stewart sues (Doc. 1) under the Fair Labor Standards Act (FLSA). The complaint alleges that New York Life Insurance Company "failed to properly pay [Copeland-Stewart] and all other similarly situated employees complete overtime compensation." (Doc. 1 at 4) After Copeland-Stewart initiated this action, eighteen current and former New York Life employees filed notices "of consent to join" this action as "similarly situated" plaintiffs.[*] (*See, e.g.*, Doc. 10)

A January 19, 2016 order (Doc. 48) denied the parties' motion (Doc. 47) for certification of a collective action, approval of a class settlement, and other relief. The parties now move (Doc. 55) for approval of a new settlement, which resolves the FLSA claims of only Copeland-Stewart and the opt-in plaintiffs. The settlement

---

      [*] This order will describe the eighteen persons who filed notices "of consent to join" as the "opt-in plaintiffs."

(Doc. 55-1) is fair and reasonable, and the parties negotiated an attorney's fee separately from Copeland-Stewart and the opt-in plaintiffs' recovery. The motion (Doc. 55) is **GRANTED**. The settlement (Doc. 55-1) is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on March 24, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE